AUSA Ed Chang (312) 886-1000

# UNITED STATES DISTRICT COURT

**FILED**

MAY - 1 2003

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

### AFFIDAVIT OF COMPLAINT (OR INDICTMENT) IN REMOVAL PROCEEDINGS

MAGISTRATE JUDGE MASON

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case Number: |
| v. ) | **03CR0453** |
| ) | |
| ANTHONY FAGAN ) | |

The undersigned Affiant personally appeared before <u>Michael T. Mason</u>, a United States Magistrate Judge, and being duly sworn on oath, states: that at <u>Indianapolis, Indiana</u>, one <u>Anthony Fagan</u> was charged with the violation of Section <u>751(a)</u> of the United States Code, Title 18, for the offense of <u>escape</u>, and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a <u>  Bench  </u> Warrant is outstanding for the arrest of said defendant (see attached Warrant for Arrest and Complaint).

**WHEREFORE**, Affiant prays that the defendant be dealt with according to law.

_____
(Agent's Signature on Oath)

BRENT MORAN
Deputy, United States Marshal's Service
(Agent Name and Title)

Subscribed and Sworn to before me
this <u> 1st </u> day of <u>May</u>, 2003

_____
MICHAEL T. MASON
United States Magistrate Judge

_____<u>Edmond E. Chang</u>_____
Name of Assistant U.S. Attorney
Assigned to this case.

Bond set [or recommended] by issuing Court at <u>no bond set        </u>
(State conditions or that no bond set)

ORIGINAL

# United States District Court

## SOUTHERN _____ DISTRICT OF _____ INDIANA _____

UNITED STATES OF AMERICA
V.

ANTHONY WAYNE FAGAN

**WARRANT FOR ARREST**

**CASE NUMBER:** IP 98-0070M-01

To:    The United States Marshal
    and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest __Anthony Wayne Fagan__ and bring him or her forthwith to the nearest magistrate to answer a(n)

_ Indictment _ Information _X_ Complaint _ Order of court _ Violation Notice _ Probation Violation Petition

charging him or her with (brief description of offense)

Escape from the custody of the Attorney General

in violation of Title _18_ United States Code, Section(s) _751(a)_

| | |
|---|---|
| KENNARD P. FOSTER | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| | March 12, 1998, Indianapolis, Indiana |
| Signature of Issuing Officer | Date and Location |

(By) Deputy Clerk

Bail fixed at $ _    by _____
                                     Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at_____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |



# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ INDIANA

UNITED STATES OF AMERICA

V.

ANTHONY WAYNE FAGAN

(Name and Address of Defendant)

CRIMINAL COMPLAINT

CASE NUMBER: IP 98-0070M-01

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about March 11, 1998 in Marion county, in the Southern _ District of Indiana defendant(s) did, (Track Statutory Language of Offense)

escape from the custody of the Attorney General

in violation of Title 18 United States Code, Section(s) 751(a) I further state that I am a(n) Deputy United States Marshal and that this complaint is based on the following facts:

See attached Affidavit.

CERTIFIED BY ME TO BE A TRUE AND CORRECT COPY

UNITED STATES MAGISTRATE

Continued on the attached sheet and made a part hereof.    X_ Yes _ No

BRIAN L. ALDRIDGE

Sworn to before me, and subscribed in my presence

March 12, 1998
Date

KENNARD P. FOSTER, United States Magistrate Judge
Name and Title of Judicial Officer

at _____ Indianapolis, Indiana
City and State

Signature of Judicial Officer

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: ANTHONY WAYNE FAGAN

ALIAS:

LAST KNOWN RESIDENCE: 3905 N. Broadway, Indianapolis, Indiana

LAST KNOW EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH: 3/16/67

'727

HEIGHT:                                          WEIGHT:

SEX: Male                                        RACE: Black

HAIR:                                            EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER: 918683DA2
COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: United States Marshal Service, Indianapolis, Indiana

# AFFIDAVIT

I, BRIAN L. ALDRIDGE, being duly sworn, hereby depose and say:

I am a deputy marshal with the United States Marshals Service and have been so employed for the past thirteen years.

This affidavit is made in support of a complaint against Anthony Wayne FAGAN for Escape from the custody of the Attorney General, in violation of Title 18 United States Code Section 751 (a).

On March 11, 1998 I received a report that FAGAN had absconded from the Volunteers of America (VOA) half way house on the evening of March 10, 1998. FAGAN was being housed at the VOA by the Bureau of Prisons under the authority of Title 18 United States Code Section 4082 (extended limits of confinement). Upon arriving late at the VOA from his work assignment, FAGAN was advised that he had been placed on "building restriction" for a rules violation. FAGAN was observed retrieving a notebook and departing from the third floor area of VOA at approximately 6:50 PM. After failing to return to the VOA, FAGAN was declared an escaped federal prisoner by the Federal Bureau of Prisons on March 11, 1998.

FAGAN was sentenced on November 14, 1988 by United States District Court Judge Dickran TEVRIZIAN of the Central District of California under docket number CR-88-277-DT to a period of twenty-five (25) years. FAGAN was sentenced for a violations of Title 21 United States Code Sections 841 (a) (1) and 845a, distribution of cocaine base within one thousand feet of a schoolyard and possession with intent to distribute cocaine base.

Certified copies of the Judgement and Commitment are not presently available to your affiant, but the Federal Bureau of Prisons have the Commitment, photocopies of which are attached.

BRIAN L. ALDRIDGE, DEPUTY
UNITED STATES MARSHALS SERVICE

Subscribed and sworn to before me this 12th day of March, 1998.

KENNARD P. FOSTER, MAGISTRATE
UNITED STATES DISTRICT COURT
SOUTHERN INDIANA